# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0257
LT Case No. 1989-CF-708

_____

THEODORE ELWOOD GIBBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Theodore Elwood Gibbs, Miami, pro se.

No Appearance for Appellee.

March 26, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and KILBANE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____